**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2021-CA-0679

Saulsbury Industries, Inc.

- - Versus - -

Cabot Corporation and Cleco Power, LLC

16th Judicial District Court
Case #: 133910
St. Mary Parish

On Application for Rehearing filed on 05/31/2022 by Saulsbury Industries, Inc.

Rehearing _____denied_____.

Vanessa Guidry Whipple

Allison H. Penzato

Chris Hester

Date **JUN 2 9 2022**

Rodd Naquin, Clerk